**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Reinheart Johnson, | Civil File No: 06-CV-2267 (MJD/SRN) |
| Plaintiff, | |
| vs. | **STIPULATION OF THE PARTIES TO AMEND PLEADINGS TO JOIN ADDITIONAL PARTIES** |
| Welsh Equipment, Inc., Dickie Equipment Co., Inc., and Parrish Tire Company, | |
| Defendants. | |

---

COMES NOW the parties and hereby jointly move the Court for an Order granting Plaintiff leave to amend the Complaint to add additional parties and allowing Defendants to plead in response to the Amended Complaint in accordance with the provisions of the Federal Rules of Civil Procedure.

Accordingly, the parties hereby stipulate to the following:

1.      The parties have participated in meaningful preliminary discovery in this matter, including the depositions of seven (7) individuals who either held a prior ownership interest in the subject vehicle or were in some manner involved in the use, inspection, or repair of the subject vehicle or subject tire.

2.      Through the course of this discovery, it has become apparent that the addition of several parties will be necessary in order to most efficiently litigate this matter.

3. Counsel for the respective parties have reviewed the attached proposed Amended Complaint and stipulate to the filing of same, subject to the Court granting leave to do so.

4. Counsel for Defendants Welsh Equipment, Inc., Dickie Equipment Co., Inc., and Parrish Tire Company each further acknowledge their authority to accept service of the Amended Complaint on behalf of their respective client through the electronic filing system and that personal service of same upon those Defendants shall be waived.

THEREFORE, the parties respectfully request that this Court enter an Order as follows:

1. Granting Plaintiff leave to file the attached proposed Amended Complaint.

2. Ordering that service of the Amended Complaint upon Defendants Welsh Equipment, Inc., Dickie Equipment Co., Inc., and Parrish Tire Company shall be deemed sufficient once Plaintiff has caused the Amended Complaint to be filed electronically with the Clerk of Court through ECF, and ECF has sent an e-mail notice of the electronic filing to all counsel currently of record.

3. Granting Defendants leave to plead in response to the Amended Complaint in accordance with the provisions of the Federal Rules of Civil Procedure.

                                  HARPER & PETERSON, P.L.L.C.

Dated: February 28, 2007        By: s/ Lori L. Burgan
                                  William D. Harper  #41385
                                  Paul D. Peterson  #203919
                                  Lori L. Burgan  #332070
                                  *Attorneys for Plaintiff*
                                  3040 Woodbury Drive
                                  Woodbury, MN 55129-9617
                                  Phone: (651) 738-8539


                                  REDING & PILNEY, PLLP

Dated: February 28, 2007        By: s/ Curtis D. Ruwe
                                  James A. Reding, Jr.  #195352
                                  Curtis D. Ruwe  #0313257
                                  *Attorneys for Defendant Welsh*
                                      *Equipment, Inc.*
                                  8661 Eagle Point Boulevard
                                  Lake Elmo, MN 55042
                                  Phone: (651) 702-1414


                                  GISLASON & HUNTER, L.L.P.

Dated: February 28, 2007        By: s/ Kathleen M. Loucks
                                  R. Stephen Tillitt  #15247X
                                  Kathleen M. Loucks  #298050
                                  *Attorneys for Defendant Dickie*
                                      *Equipment Co., Inc.*
                                  701 Xenia Avenue South, Suite 500
                                  Golden Valley, MN 55416
                                  Phone: (763) 225-6000


This signature page is part of the Stipulation of the Parties to Amend
Pleadings to Join Additional Parties in Case No. 06-CV-2267 MJD/SRN,
Reinheart Johnson  vs. Welsh Equipment, Inc., Dickie
Equipment Co., Inc., and Parrish Tire Company

                                                OPPENHEIMER, WOLFF & DONNELLY, L.L.P.

Dated: February 28, 2007         By:  s/ David L. Jordan-Huffman
                                               Mark S. Olson  #82120
                                               David L. Jordan-Huffman  #271676
                                               *Attorneys for Defendant Parrish Tire Co.*
                                               Plaza VII Building, Suite 3300
                                               45 South Seventh Street
                                               Minneapolis, MN 55402-1609
                                               Phone:  (612) 607-7700

This signature page is part of the Stipulation of the Parties to Amend Pleadings to Join Additional Parties in Case No. 06-CV-2267 MJD/SRN, Reinheart Johnson vs. Welsh Equipment, Inc., Dickie Equipment Co., Inc., and Parrish Tire Company