# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| Reinheart Johnson, | Civil File No: 06-CV-2267 (MJD/SRN) |
| Plaintiff, | |
| vs. | **ORDER** |
| Welsh Equipment, Inc., Dickie Equipment Co., Inc., and Parrish Tire Company, | |
| Defendants. | |

Pursuant to the Stipulation of the Parties to Amend Pleadings to Join Additional Parties, electronically filed as ECF Document No. 33, the Court hereby ORDERS as follows:

1. Plaintiff is hereby granted leave to file the Amended Complaint.

2. Service of the Amended Complaint upon Defendants Welsh Equipment, Inc., Dickie Equipment Co., Inc., and Parrish Tire Company shall be deemed sufficient once Plaintiff has caused the Amended Complaint to be filed electronically with the Clerk of Court through ECF, and ECF has sent an e-mail notice of the electronic filing to all counsel currently of record.

3. Defendants are hereby granted leave to plead in response to the Amended Complaint in accordance with the provisions of the Federal Rules of Civil Procedure.

Dated: March 1, 2007

s/ Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge