## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

REINHEART JOHNSON,

                              Plaintiff,

v.                                    **ORDER**
                                       Civil File No. 06-2267 (MJD/SRN)

WELSH EQUIPMENT, INC.;
DICKIE EQUIPMENT CO., INC.;
PARRISH TIRE COMPANY;
UNICON CONCRETE, INC.;
SYKES TRUCK & EQUIPMENT CO., INC.;
L & S TRUCK & BODY CO.;
JERRY D. OLSON, formerly d/b/a
Jerry D. Olson and Company;
BOTNO READY MIX, L.L.P., and
NORTHWEST TIRE, INC.,

                              Defendants.

---

**IT IS HEREBY ORDERED**:

All parties in this case are required to submit a brief addressing whether this Court has subject matter jurisdiction over this matter in light of the joinder of nondiverse parties to the Amended Complaint and 28 U.S.C. § 1367(b). All parties' briefs must be filed by noon on Friday, August 31, 2007. There will be no responsive briefs permitted.


Dated: August 17, 2007                  s / Michael J. Davis
                                        Judge Michael J. Davis
                                        United States District Court