UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Reinheart Johnson,

    Plaintiff,

v.                                     ORDER
                                       Civil No. 06-2267

Welsh Equipment, Inc.,

    Defendant.

_____

    This matter is before the Court upon Plaintiff's request to file one opposition brief responding to five separate summary judgment motions. Based on the files, record and proceedings herein,

    IT IS HEREBY ORDERED that Plaintiff shall submit one brief in opposition to the five summary judgment motions pending, and the word limit shall be 50,000 words.

Date: July 21, 008

                                                       s / Michael J. Davis
                                                       Michael J. Davis
                                                       Chief Judge
                                                       United States District Court